1

2

3

4

5   UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7   UNITED STATES OF AMERICA,           )
                                        )   NO. CR-09-075-LRS-6
8          Plaintiff,                   )
                                        )
9                                       )   **ORDER GRANTING**
     v.                                 )   **28 U.S.C. § 2255 PETITION**
10                                      )
    MAYRA GUTTIERREZ ZUNIGA,            )
11                                      )
           Defendant.                   )
12   _____  )

13          **BEFORE THE COURT** is Defendant's 28 U.S.C. § 2255 Petition For

14   Relief Under 28 U.S.C. § 2255 (ECF No. 657).  A hearing was held on July 19,

15   2011.  Defendant was present in person, along with her counsel, Jeffry K. Finer,

16   Esq.. Aine Ahmed, Esq., participated telephonically.

17          For the reasons stated by the court during the hearing, including the fact the

18   Government does not oppose granting the relief requested, the court finds

19   Defendant's petition is timely and her sentence was imposed in violation of the

20   Constitution of the United States.  Accordingly, Defendant's Petition (ECF No.

21   657) is **GRANTED**.  The Amended Judgment (ECF No. 529) filed June 25, 2010

22   is hereby **VACATED** and the Defendant will be re-sentenced and a new Judgment

23   entered.

24   //

25   //

26   //

27   //

28

**ORDER GRANTING**
**28 U.S.C. § 2255 PETITION-          1**

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter

2    this order and to provide a copy to Defendant's counsel.

3    **DATED** this __19th__ day of July, 2011.

4

5                                                 *s/Lonny R. Suko*
                                    _____
6                                              LONNY R. SUKO
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING**
**28 U.S.C. § 2255 PETITION-        2**